IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN MURPHY, CECIL MATHEW, and <br> NIRUPA MATHEW, <br>     Plaintiffs, <br>     v. <br><br> FOSTER / PREMIER, INC., <br> HOMEWISE SERVICE CORP., INC., and <br> NEXTLEVEL ASSOCIATION SOLUTIONS, <br> INC., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:17-cv-08114 <br><br> Judge Manish S. Shah |

**PLAINTIFFS' PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF 15 PAGES *INSTANTER***

Pursuant to Local Rule 7.1, Plaintiffs respectfully move this Court for leave to file *instanter* their attached Combined Response in Opposition to Defendants' Motions to Dismiss, which is 17 pages long not including attorney signature and info page. In support, Plaintiffs state as follows:

1. Plaintiffs know a long brief is not necessarily a better brief. However, Defendants raised many issues and Plaintiffs believe a full statement of Plaintiffs' position on these issues requires more than 15 pages.

2. Plaintiffs tried to make their brief as short as possible but believe further cuts will potentially prejudice their position and deprive the Court of valuable analysis.

3. Defendant Foster Premier does not object to this motion.

4. Defendant Homewise's position is that it will not object to the motion so long as they are also allowed 17 pages. Obviously, Plaintiff cannot guarantee what the court will or will not allow as to HomeWise, so this motion is filed as partially unopposed for that reason.

5. If the Court denies this motion, Plaintiffs request three business days after being notified to cut their brief down to whatever length the Court deems appropriate to re-file it.

6.      No party will be prejudiced by granting this motion, and the proceedings will not unduly be delayed.

Wherefore, Plaintiffs request the Court grant this motion to allow Plaintiffs to file the attached brief *instanter*, or if denied, for additional time to reduce its length and re-file it.

DATED: January 24, 2018        By: *Stephen Sotelo*

**Charles R. Watkins**
**Guin, Stokes & Evans, LLC**
321 South Plymouth Court
Suite 1250
Chicago, Il 60604
(312) 878-8391
Email: charlesw@gseattorneys.com

**David Fish**
**Kim Hilton**
**John Kunze**
**The Fish Law Firm, P.C.**
Fifth Avenue Station
200 E. 5th Avenue, Suite 123
Naperville IL 60563
(630) 355-7590
Email: dfish@fishlawfirm.com
admin@fishlawfirm.com

**John R. Wylie**
**BarrettWylie, LLC**
30 N. La Salle Street
Suite 3200
Chicago, IL 60602
(312) 269-0600
Email: johnwylie@barrettwylie.com

**Stephen Sotelo**
**Homer Law Firm, P.C.**
200 E 5th Ave #123
Naperville, IL 60563
(630) 428-3311
Email: ssotelo@homerlawoffices.com