**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOHN MURPHY, CECIL MATHEW, and NIRUPA MATHEW,<br>    Plaintiffs,<br>v.<br><br>FOSTER / PREMIER, INC., HOMEWISE SERVICE CORP., INC., and NEXTLEVEL ASSOCIATION SOLUTIONS, INC.,<br>    Defendants. | No. 1:17-cv-08114<br><br>Judge Manish S. Shah |

## MOTION OF JOHN R. WYLIE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Plaintiff's Counsel, John R. Wylie, moves this Court for an order allowing him to withdraw his appearance in this matter on behalf of Plaintiffs John Murphy, Cecil Mathew, and Nirupa Mathew. In support of his motion, Mr. Wylie states that he has recently decided to retire from the practice of law, and that his co-counsel Charles R. Watkins, David Fish, and Stephen Sotelo will continue to represent Plaintiffs. Plaintiffs have been informed of Mr. Wylie's decision to retire and to file the present motion, and have no objection.

By: /s/ John R. Wylie

John R. Wylie
BarrettWylie, LLC
30 N. La Salle Street
Suite 3200
Chicago, IL 60602
(312) 269-0600
Email: johnwylie@barrettwylie.com